In order for your honors, the King of Kings will always be proud of you for being the king of his king's ministry. I'd like to introduce you to our correspondent, Mr. Rupert. Thank you for having me. I'll begin with the top line of these surveys, which I think really highlights the importance of being a king, specifically the aspect of being a king pertains to these surveys. Rupert, you may be followed. First of all, I'd like to thank you for this wonderful experience. It's a privilege to be one of your king. I think this is a hard path to traverse. I think the process, the procedures, the technical requirements, the performance, the procedure, but it's excellent. I will thank you for this great experience. I know some of you may be experiencing the same parts of this experience. I think this is a very interesting process and it's very important. This is for a young girl. Calgary is having a special obligation, which is for a teenage year, and those requirements will consist in cases. You can see this one. The name of your subject is? She's a member of the Associated Youth Discipline. A member of the Associated Youth Discipline. I'm sorry. I just got another request to say I'm interested in this small case. In respect to what happens to trainees when they're transferred, I'm going to say here on the English version, I'm talking about the recent book that you received, and there's a lot of information there. I'm speaking as an affiliate of the US, but we don't think this is an entire issue. And I'm going to be answering it in a minute. It's true, for a lot of the things we received, we received in the country and abroad, we think this is very simple. I think we overturned the murder of a young girl in the United Nations. There's a lot of information in there. There's a lot of great articles in there. There's a lot of good news. As you see in this book, we have a lot of study research with us. The process is strange and clear, and it's to show that the ASDT was an issue and that it wasn't the first. The ASDT, the crime of climate is an issue. So, it was underlying the convention, meaning, why is it a crime? And you can read it in verses 3 and 4. So, I'm not going to go into the core responses here. I'm just going to give you just those responses that you might have just had a chance to read. This is the 17th century car case. This is the story of 16 minutes of this. You can just look at the number of calories and you can see the numbers. And here, we show that the crime of climate has its roots in the buildings, which is the greatest thing in concrete. And concrete in this world has been shown to be strong. And in Australia, the greatest thing that's been shown to be the finest is the greatest building in the world is the closest woman in this case. But, these buildings didn't embrace any of the social conditions of the world. For that reason, they had to be separated from the rest of the population. And then, in the history of the court, there's a great deal of summary judgment that these things have to do on the basis of the evidence. Now, your honor, this is the 4th grade specific case that we're going to look at. And this is specifically the criminal case of a woman in a jail on the first of three grounds. And in this case, the substantive groups of summary judgment can be seen in both cases. So, let's look at the first part. So, this is the first part. So, this is the first part. So, in this case, the court's opinion is that the criminal case, which is this previous case, is actually a major case, is that right? Yes. So, let me just take the point that you made here when we're talking about this previous case, where he was up to three points. And in each of these two answers, of course, the court went on and addressed the error to the victim's client. So, Sean, in all this error, you mentioned the injury on the previous case. Did the court actually address the error in some of these times in this entire class? Yeah. Yeah. When you're talking about an injury... When you're talking about injury... What you're arguing versus what you're saying is what you're saying. What you're arguing versus what you're saying is what you're saying. Where does... What you're arguing     What you're arguing size 10? Yes. Five, five is wrong, but 5, 10 is right. What you're arguing size 10 10 sis What you're arguing   size 10 10 my 5. Size 10 10 these What you're arguing What you're arguing  size 10 10 What you're arguing previously which is the right
judges: McKeown, Wardlaw, Tallman